UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN POWELL, | Case No.: 2:17-cv-00397-RAJ |
| Plaintiff, | [~~Proposed~~] ORDER CONSOLIDATING CASES UNDER LCR 42 |
| vs. | |
| TRIDENT SEAFOODS CORPORATION, | |
| Defendant.. | |

THIS MATTER comes before the Court on Plaintiff's Motion to Consolidate Cases. Dkt. # 11. The Court has considered the Plaintiff's motion, Defendant's notice of non-opposition thereto, and all supporting documents.

It is hereby ORDERED:

Plaintiff's Motion to Consolidate Cases is GRANTED. Dkt. # 11. This case and the related case *Cliff Franklin v. Trident Seafoods Corporation* (Case No. 2:17-cv-00574-RAJ) are consolidated under the case number 2:17-cv-00397-RAJ.

SO ORDERED this 25th day of May, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONSOLIDATING CASES
– Page 1

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670